UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA        :

                          -against-                  :    23 Cr. 411-02 (LGS)

    YORVIN GOMEZ,                  :    <u>ORDER</u>

                         Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        It is hereby **ORDERED** that by **August 28, 2025**, the parties shall confer and file a joint status letter proposing next steps.

Dated: August 25, 2025
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE