# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd,  Suite 302**
**Bayside, New York  11361**
**Tel  (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St,  Suite 389**
**Great Neck, New York  11021**
**Tel  (516) 829-2299**
*jp@jpittell.com*

May 18, 2026

Hon.  Lorna G. Schofield
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Application Granted in part. The status conference currently scheduled for May 26, 2026, is adjourned to **August 18, 2026, at 10:30 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 74.

Dated: May 22, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:      *U.S. v.  Guerrero, et. al.;* 23 cr 411 {Yorvin Gomez}

Dear Judge Schofield:

I am counsel for Yorvin Gomez in the above referenced matter which is scheduled for a status conference for May 29, 2026.

I was recently appointed as substitute counsel in this matter.  Due to this circumstance, please accept this letter in lieu of a formal motion requesting the conference be adjourned, for approximately ninety days to the week of August 31, 2026, or thereafter, subject to the Court and Government's availability.  I make this request as I seek additional time to become familiar with the case, review discovery, and, confer with Mr. Gomez.

Prior to submission of this letter, I conferred with the Government.  They do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:      Timothy Ly, AUSA