

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 26, 2026

**BY ECF AND EMAIL**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. The Court finds that the ends of justice served by excluding the time between today and August 18, 2026, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because it will allow time for the Defendant to review discovery and continue discussions regarding a potential disposition of this matter. It is hereby ORDERED that the time between today and August 18, 2026, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 76.*

*Dated: May 26, 2026*
*New York, New York*

   Re:   *United States v. Yorvin Gomez*, **23 Cr. 411 (LGS)**

L ORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

The Government respectfully writes to request that the Court exclude time from May 26, 2026 through the date of the next scheduled status conference, August 18, 2026.

By way of background, on or about April 29, 2026, the Honorable Robyn F. Tarnofsky, United States Magistrate Judge for the Southern District of New York, granted defendant Yorvin Gomez's request for substitute counsel and appointed Jeffrey Pittell, Esq., as the defendant's new attorney. Since that date, the Government has reproduced the full set of discovery to Mr. Pittell, and the Court has granted the defendant's motion to adjourn the May 26, 2026 status conference to August 18, 2026 to allow defense counsel time to review that discovery and get up to speed on the case. Additionally, the parties continue to engage in good-faith discussions regarding a potential resolution in this case.

The Government therefore asks, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Such an exclusion is in the interests of justice and outweighs the interests of the defendant and the public in a speedy trial because it will allow defense counsel time to review discovery and the parties to continue their discussions regarding a potential pre-trial resolution.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:   /s/ Timothy Ly
Timothy Ly
Assistant United States Attorneys
(212) 637-1062

Cc:   Jeffrey Pittell, Esq. (by ECF and Email)