**MAHER & PITTELL, LLP**
ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
***jp@jpittell.com***

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
***jp@jpittell.com***

August 17, 2026

Application Granted. The parties shall appear for a status conference on **August 25, 2026, at 10:30 a.m**. The parties' application exclude time is DENIED without prejudice to renewal noting the basis for the exclusion. The Clerk of the Court is directed to terminate the motion at docket number 78.

Dated: August 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Re: *U.S. v. Guerrero, et. al.;* 23 cr 411 {Yorvin Gomez}

Dear Judge Schofield:

I am counsel for Yorvin Gomez in the above referenced matter which is scheduled for a status conference for August 18, 2026.

By this letter, I inform that Mr. Gomez has requested appointment of new counsel. Accordingly, I request the conference be scheduled as a change of counsel hearing. In addition, due to scheduling conflict, I respectfully request the appearance be adjourned from August 18th to August 25, 2026 at 10:30 which I understand is available on the Court's calendar.

Prior to submission of this letter, I conferred with the Government. They do not object to this request and are available on the requested adjourn date.

I consent to an exclusion of time under the Speedy Trial Act from August 18, 2026 through the adjourn date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Timothy Ly, AUSA